

NUMBER 13-20-00506-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS, **Appellant,**

**v.**

RANDY GUAJARDO, **Appellee.**

### On appeal from the 445th District Court of Cameron County, Texas.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

On November 30, 2020, the State, as the appellant, filed its second amended "Petition for Stay Pending Disposition of Appeal." In the underlying case, Randy Guajardo filed a motion for speedy trial. In the motion, he asserted that he has was arrested for a crime that allegedly occurred in March 2017 and yet the trial has not been scheduled. Guajardo then simply requested at the end of his motion that "trial in this

case be scheduled." The trial court granted the motion. This appeal and motion for stay ensued.

Under the Texas Code of Criminal Procedure,

(a) The state is entitled to appeal an order of a court in a criminal case if the order:

     (1) dismisses an indictment, information, or complaint or any portion of an indictment, information, or complaint;

. . .

(e) The state is entitled to a stay in the proceedings pending the disposition of an appeal under Subsection (a) or (b) of this article.

TEX. CODE CRIM. PRO. ANN. art. 44.01.

On appeal, the State avers the following: "it is the State's understanding and belief that the Honorable Judge Rincones granted the Defendant's request seeking to dismiss the indictment in this matter and to terminate and dismiss the prosecution of this matter by the State of Texas." As of today, Guajardo has not refuted this assertion.

Having reviewed appellant's motion, we hereby GRANT the motion. We order all proceedings in trial court cause number 2017-DCR-02167 STAYED until further order of this Court or final disposition of this appeal.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of January, 2021.